# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Defendants. | **8:21CV197**<br><br>**ORDER** |

This matter comes before the Court on the Plaintiff's Motion to Dismiss Defendant Liberty Mutual Insurance Company (Filing Nos. 6 and 1). Just cause for the Motions being demonstrated, the Court finds that Plaintiff's Motion to Dismiss Defendant Liberty Mutual Insurance Company should be granted.

IT IS THEREFORE ORDERED that Liberty Mutual Insurance Company be dismissed from the above captioned matter without prejudice. Defendant Safeco Insurance Company of America is to remain a defendant in this action.

Dated this 28th day of May, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge