IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>               Plaintiff,<br><br>    vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | 8:21CV197<br><br>RECUSAL ORDER |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO ORDERED.

Dated this 8th day of November, 2021.

                                                               BY THE COURT:

                                                               s/ Joseph F. Bataillon<br>                                                               Senior United States District Judge