# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN WILLIAMS, | Case No. 8:21cv197 |
| Plaintiff, | |
| v. | **ORDER** |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER comes before the Court on this 16th day of November, 2021, and upon the Motion for Leave to Withdraw as Counsel filed by Plaintiff and Jennifer P. Price (Filing No. 24) seeking the Court's leave for Ms. Price to withdraw as counsel for Plaintiff in the above-captioned matter. The Court, being fully advised in the premises to include Plaintiff's continuing representation herein by Mr. Eichmann and Mr. Barmore, finds that said motion should be and is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that leave is hereby granted to Jennifer J. Price to withdraw as counsel for Plaintiff in the above-captioned matter.

DATED this 16th day of November, 2021.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge