# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRIAN WILLIAMS,**<br><br>          **Plaintiff,**<br><br>  vs.<br><br>**SAFECO INSURANCE COMPANY OF AMERICA,**<br><br>          **Defendant.** | **8:21CV197**<br><br>**ORDER** |

This matter is before the Court following a planning conference held with counsel for the parties on September 16, 2022. The parties have notified the Court of their intention to schedule mediation. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed pending the outcome of mediation.

2. The parties shall notify the Court by **October 31, 2022**, of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge within 7-days of the mediation to schedule a planning conference to discuss case progression, dispositive motions, and the trial and pretrial conference settings

Dated this 16th day of September, 2022.

                                                BY THE COURT:

                                                s/Michael D. Nelson<br>
                                                United States Magistrate Judge