# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRIAN WILLIAMS,**<br><br>                  **Plaintiff,**<br><br>    vs.<br><br>**SAFECO INSURANCE COMPANY OF AMERICA,**<br><br>                  **Defendant.** | **8:21CV197**<br><br>**ORDER** |

Pursuant to the Joint Status Report (Filing No. 45), the parties have advised the Court they have settled this case following mediation. Accordingly,

**IT IS ORDERED:**

1. On or before **December 2, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 1st day of November, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge