## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | **8:21CV197**<br><br>**ORDER FOR DISMISSAL ON JOINT STIPULATED MOTION** |

This case is before the Court on the parties' December 2, 2022, Joint Stipulated Motion to Dismiss. Filing 47. The parties stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs, and with complete record waived. Accordingly,

IT IS ORDERED that the parties' December 2, 2022, Joint Stipulated Motion to Dismiss, Filing 47, is granted, and this action is dismissed with prejudice, with each party to pay its own costs, and with complete record waived.

Dated this 5th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge